# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DONNA MCCORMICK                                                                                    PLAINTIFF

V.                                      NO. 3:09CV00187 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                            DEFENDANT

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 29th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE